

MICHAEL A. CARDOZO
*Corporation Counsel*

# THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**Pernell M. Telfort**
*Assistant Corporation Counsel*
Tel.: (212) 442-4050
Fax: (212) 788- 9776
ptelfort@law.nyc.gov

May 30, 2012

**VIA ECF**
Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    David Ross, et al. v. City of New York, et al.,
                11-CV-1958 (FB) (VVP)

Your Honor:

      I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, and the attorney assigned to represent the defendants. I write, on behalf of the parties, to inform the Court that the parties have agreed to settle this matter without further litigation. Accordingly, the parties respectfully request that the Court adjourn, *sine die*, all previously scheduled dates.

      Pursuant to the above agreement, defendants have forwarded to plaintiffs for execution the appropriate settlement documents, including a Stipulation of Settlement and Order of Dismissal. Once this office receives the documents, defendants will forward the fully executed stipulation for the Court's endorsement.

      Thank you for your consideration herein.

      Respectfully submitted,

      Pernell M. Telfort
      Assistant Corporation Counsel

cc:    Via ECF
       Honorable Viktor V. Pohorelsky
       Leventhal & Klein, LLP